No. 75–6796. Marchesani v. McCune, Warden. C. A. 10th Cir. Certiorari denied.

No. 75–6798. Little v. United States. C. A. 4th Cir. Certiorari denied.

No. 75–6799. Daniels v. Louisiana. Sup. Ct. La. Certiorari denied.

No. 75–6801. Wilson et al. v. United States. C. A. 8th Cir. Certiorari denied.

No. 75–6802. Williams v. Ward, Corrections Commissioner. C. A. 2d Cir. Certiorari denied.

No. 75–6803. Klimas v. Arkansas. Sup. Ct. Ark. Certiorari denied.

No. 75–6804. Rosell v. Havener, Correctional Superintendent. C. A. 6th Cir. Certiorari denied.

No. 75–6806. Todero v. United States. C. A. 9th Cir. Certiorari denied.

No. 75–6808. Perez et al. v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–6810. Trujillo v. Stone, Correctional Superintendent. C. A. 9th Cir. Certiorari denied.

No. 75–6812. Bear Killer v. United States. C. A. 8th Cir. Certiorari denied.

No. 75–6813. Bannister, aka Cuddy v. United States. C. A. 4th Cir. Certiorari denied.

No. 75–6814. Fratus v. United States. C. A. 5th Cir. Certiorari denied.